IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CR. NO. 02-20406-Ma |
| ) | |
| CARLOS RAUL CORTEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

This matter is set for a re-sentencing hearing on Monday, June 20, 2005 at 1:30 p.m.  The defendant, Carlos Raul Cortez, 11855-051, is confined as a prisoner at Dalby Correctional Institution, 805 North Avenue F, Post, Texas 79356.  It is necessary to have Carlos Raul Cortez appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Dalby Correctional Institution, Post, Texas, to have said Carlos Raul Cortez before this court for the hearing.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May ___31___, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:02-CR-20406 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Marc A. Fulkert
JONES DAY LAW OFFICE
P.O. Box 165017
625 John H. McConnell Blvd.
Ste 600
Columbus, OH 43215--267

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT