HABEAS CORPUS

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

FILED BY_____D.C.

05 JUN -2 PM 1: 36

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

- - - - - - -

No: 2:04cr20244 - Ml
AD TESTIFICANDUM

TO: U.S. Marshal David Jolley and Warden, Federal Correctional Institution, Memphis, Tennessee.

**YOU ARE HEREBY COMMANDED** to have the person of **Mr.cARLOS Raul Cortez # 11855-051**, by you restrained of his liberty at Dalby Correctional Institution, 805 North Avenue F. Post, Texas, 79356, as it is said, by whatsoever names detained, together with the day and cause of being taken and detained before the Honorable Judge Samuel H. Mays, Jr., U.S. District Judge of the United States District Court for the Western District of Tennessee at the courtroom of said Court, in the City of Memphis, Tennessee, at 1:30 pm, on the 20th day of June, 2005, then and there to do submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

*WITNESS* the Honorable Samuel H. Mays, Jr.
United States District Judge at Memphis, Tennessee
this 2nd day of June, A.D. 2005.

Robert R. Di Trolio
*Clerk of Court*
By _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-2-05

67

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:02-CR-20406 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Marc A. Fulkert
JONES DAY LAW OFFICE
P.O. Box 165017
625 John H. McConnell Blvd.
Ste 600
Columbus, OH 43215--267

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT