docket

# United States District Court

Western District of Tennessee

FILED BY_____D.C.

05 JUN -3 AM 8: 27

Case # 02-20406-Ma

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

**TO:** U.S. Marshal for the Western District of Tennessee and/or Warden, Dalby Correctional Institution, Post, Texas

COPY

YOU ARE HEREBY **COMMANDED** to have the person of **Carlos Raul Cortez, # 11855-051**, by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained before HON. Samuel H. Mays, Jr., U.S. District Court, Courtroom #2, 11th Floor, Federal Building, in the City of Memphis, Tennessee, for re-sentencing on **Monday, June 20, 2005 at 1:30 p.m.**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

**WITNESS** the Honorable Samuel H. Mays, Jr., United States District Judge at Memphis, Tennessee this _31st_ day of May, 2005.

**ROBERT R. DI TROLIO**
*Clerk of Court*

By_____
*Deputy Clerk*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-3-05_

(69)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:02-CR-20406 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marc A. Fulkert
JONES DAY LAW OFFICE
P.O. Box 165017
625 John H. McConnell Blvd.
Ste 600
Columbus, OH 43215--267

Honorable Samuel Mays
US DISTRICT COURT